

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Anambra State Community in Houston **V.** Anambra State
                         Community, Houston

Appellate case number:   01-17-00033-CV

Trial court case number: 2010-76740

Trial court:             295th District Court of Harris County

Date motion filed:       April 9, 2018

Party filing motion:     Appellant

      It is ordered that the motion for rehearing is ⊠ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Michael Massengale
                ☐ Acting individually    ⊠ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Massengale and Brown


Date: July 17, 2018